UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-373-D

KENNETH S. CANNON,

    Plaintiff,

v.

WALMART ASSOCIATES, INC. and
WAL-MART STORES EAST, L.P.,

    Defendants.

## ORDER

THIS MATTER is before the Court upon Plaintiff Kenneth S. Cannon and Defendants Wal-Mart Stores East, LP and Walmart Associates, Inc.'s Joint Motion for Extension of Scheduling Order Deadlines, filed on April 24, 2020. For the reasons stated in the Parties' Motion and for good cause shown, the Court will grant the motion.

IT IS THEREFORE ORDERED that the deadlines in the original Scheduling Order be extended as follows:

    a. Defendants' reports from retained experts are due by June 8, 2020;

    b. The Parties' rebuttal expert reports are due by July 6, 2020;

    c. All discovery shall be completed by September 15, 2020; and

    d. All dispositive motions shall be filed by October 15, 2020.

SO ORDERED. This **28** day of April 2020.

                              JAMES C. DEVER III
                              United States District Judge