UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENNETH S. CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:19-CV-373-D** |
| WAL-MART ASSOCIATES, INC., and ) | |
| WAL-MART STORES EAST L.P., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART Wal-Mart's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim [D.E. 27], GRANTS Wal-Mart's motion to dismiss for failure to join the real party in interest [D.E. 31], GRANTS IN PART Wal-Mart's motion for summary judgment regarding judicial estoppel and DENIES AS MOOT the remainder of the motion [D.E. 34], DENIES AS MOOT Wal-Mart's motions to disqualify Emanuel & Dunn [D.E. 27] and to exclude Laura Juel's expert testimony [D.E. 54], and DENIES AS MOOT Cannon's motion for extension of time for discovery and for additional depositions [D.E. 29]. Wal-Mart may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on September 10, 2021, and Copies To:**

| | |
|---|---|
| Stephen A. Dunn | (via CM/ECF electronic notification) |
| S. Michael Dunn | (via CM/ECF electronic notification) |
| Julie Kerr Adams | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| September 10, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |